UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMY BRADLEY | CIVIL ACTION |
| VERSUS | NO. 25-1326 |
| CHILDREN'S HOSPITAL | SECTION "R" (1) |

## ORDER AND REASONS

Before the Court is defendant Children's Hospital's partial motion to dismiss.[1] Plaintiff Amy Bradley did not respond to the motion, instead filing a First Amended Complaint to assert a claim for equitable tolling.[2] The Court orders Children's Hospital to file a motion to amend the Motion to Dismiss by **October 3, 2025** to address the allegations in the amended complaint as to equitable tolling. Plaintiff will have **seven** days after defendant's motion to file a response. Defendant will have **five** days after plaintiff's response to file a reply, at which point the motion will be deemed submitted, no later than October 15, 2025.

New Orleans, Louisiana, this 19th day of September, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]    R. Doc. 3.
[2]    R. Doc. 5.

1