UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMY BRADLEY | CIVIL ACTION |
| VERSUS | NO. 25-1326 |
| CHILDREN'S HOSPITAL | SECTION "R" (1) |

# ORDER AND REASONS

Before the Court is a joint motion from plaintiff Amy Bradley and defendant Children's Hospital to modify the scheduling order to extend the deadline for filing dispositive motions.[1] For the following reasons, the Court denies the motion.

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enters., L.L.C. v. SouthTrust Bank, NA*, 315 F.3d 533, 535 (5th Cir. 2003) (cleaned up). The court has "broad discretion" in making this determination. *Id.*

The Court finds that the parties have not met the good cause standard here. *See id.* The record reflects that the parties have not shown due

[1] R. Doc. 16.

diligence in attempting to comply with the existing deadline. The claim and defenses are not unusually complex. The parties assert that they require additional time to complete discovery before filing dispositive motions.[2] But the parties do not indicate how much discovery they have conducted thus far. There is no indication that the parties have engaged in any discovery at all. Finally, the parties filed this joint motion on the very day of the deadline. The Court finds that the parties have not shown good cause to modify the scheduling order.

For the foregoing reasons, the Court DENIES the motion to modify the scheduling order.

New Orleans, Louisiana, this 20th day of August, 2026.

Sarah Vance
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

[2] *Id.* at ¶ 5.